ACCEPTED
03-14-00765-CV
3862091
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/22/2015 1:23:57 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00765-CV

IN THE COURT OF APPEALS FOR THE THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/22/2015 1:23:57 PM
JEFFREY D. KYLE
Clerk

**NANCY JO RODRIGUEZ,**

*Appellant,*

**vs.**

**THE WALGREEN COMPANY AND SARA ELIZABETH MCGUIRE,**

*Appellees*

On Appeal from the 419th Judicial District Court of Travis County, Texas
Trial Court Cause No. D-1-14-GN-000903
The Honorable Gus J. Strauss, Judge Presiding

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

COMES NOW Appellant NANCY JO RODRIGUEZ and files this her first Unopposed

Motion for Extension of Time to Appellant's Brief, and shows the Court as follows:

1. Appellant is Nancy Jo Rodriguez. Appellees are The Walgreen Company and Sara

Elizabeth McGuire.

2. Appellant's brief is due January 26, 2015.

3. On January 11, 2015, counsel for Rodriguez contacted counsel for The Walgreen

Company and Sara Elizabeth McGuire, and Appellees are unopposed to this motion. Appellant

and Appellee entered into an agreement to extend Appellant's time to file her brief to February

23, 2015.

4.      This is Appellant's first request to extend the time to file Appellant's brief.

5.      Counsel for Appellant seeks an extension of time because of his busy trial schedule, including preparing for trial on February 2, 2015, in the case of *Donna Libonati, Individually and as Next Friend of Alexa Lingo, a Minor Child v. Travis Campbell, D.D.S. and 380 Family Dentistry*, Cause No. 199-04519-2012 in the 199th District Court, Collin County, Texas. In addition to preparing for other trials, he is preparing an Appellee Brief in Cause No. 03-14-00717-CV in the Third Court of Appeals, which concerns denial of a Motion to Dismiss based on Chapter 74 objections filed by Vivek Goswami, M.D. And Austin Heart, PLLC in *Nancy Jo Rodriguez v. Vivek Goswami, M.D., Austin Heart, PLLC, The Walgreen Company, and Sara Elizabeth McGuire*, Cause No. D-1-14-GN-000903, in the District Court of Travis County, 419th Judicial District.

**PRAYER**

Appellant prays that the Court grant her Unopposed Motion to Extend Time to file her brief until February 23, 2015.

Respectfully submitted,


L. Todd Kelly
State Bar No. 24035049
THE CARLSON LAW FIRM, P.C.
11606 N. IH-35
Austin, Texas 78753
(512) 346-5688
(512) 719-4362  (Fax)
Tkelly@carlsonattorneys.com


  /s/ L. Todd Kelly

**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 11, 2015, my office contacted Cynthia Day Grimes, attorney for Appellant, and she is unopposed to Appellant's First Motion for Extension of Time to file Appellant's Brief.

      /s/ L. Todd Kelly

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following in accordance with the Texas Rules on the 22nd day of January, 2015.

***Electronic Transmission:***
Cynthia Day Grimes
Cynthia.grimes@strasburger.com
Strasburger & Price, LLP
2301 Broadway
San Antonio, Texas 78215

Attorney for The Walgreen Co. and
Sara Elizabeth McGuire

      /s/ L. Todd Kelly